UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, | Case No. 2:26-cv-0192-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| EQUIFAX INFORMATION SERVICES LLC, *et al.*, | |
| Defendants. | |

On March 26, 2026, defendant Equifax Information Services LLC, later joined by defendant Experian Information Solutions, Inc., filed a motion to dismiss. ECF No. 7. To date, plaintiff has not responded to defendant Equifax's motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a

1

duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant Equifax's motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and may result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The May 14, 2026 hearing on defendant Equifax's motion is continued to June 11, 2026, at 10:00 a.m.

2. By no later than May 28, 2026, plaintiff shall file an opposition or statement of non-opposition to defendant Equifax's motion.

3. Plaintiff shall show cause, by no later than May 28, 2026, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant Equifax's motion.

4. Defendant Equifax may file a reply to plaintiff's opposition, if any, no later than June 4, 2026.

IT IS SO ORDERED.

Dated:    May 5, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2