Nicole N. King (SBN 290204)
VENABLE LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
(310) 229-9900 (Telephone)
(310) 229-9901 (Facsimile)
Email: NNKing@Venable.com

*Attorney for Defendant Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT TAYLOR,<br><br>                Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>                Defendant. | Case No. 2:26-cv-00192-TLN-JDP<br><br>Hon. Troy L. Nunley<br><br>**NOTICE OF APPEARANCE FOR NICOLE N. KING AS COUNSEL OF RECORD FOR EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint Filed: January 22, 2026 |

Case No. 2:26-cv-00192-TLN-JDP

NOTICE OF APPEARANCE FOR NICOLE N. KING
AS COUNSEL OF RECORD FOR EXPERIAN
INFORMATION SOLUTIONS, INC.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Nicole N. King of Venable LLP, who is permitted to practice in this District, hereby appears as counsel of record on behalf of defendant Experian Information Solutions, Inc.

Effective immediately, please add Nicole N. King as an attorney to be noticed on all matters at the following address:

> Nicole N. King
> Venable LLP
> 2049 Century Park East
> Suite 3400
> Los Angeles, CA 90067
> (310) 229-9900 (Telephone)
> (310) 229-9901 (Facsimile)
> Email: NNKing@Venable.com

Dated: May 30, 2026

VENABLE LLP

*/s/ Nicole N. King*

By    Nicole N. King

*Attorney   for   Defendant   Experian Information Solutions, Inc.*

1

NOTICE OF APPEARANCE FOR NICOLE N. KING
AS COUNSEL OF RECORD FOR EXPERIAN
INFORMATION SOLUTIONS, INC.

Case No. 2:26-cv-00192-TLN-JDP

**CERTIFICATE OF SERVICE**

*Taylor v. Equifax Information Services LLC et al*
Eastern District Court Case No. 2:26-cv-00192-TLN-JDP

I hereby certify that on May 30, 2026, I electronically filed the foregoing document(s) described as: **Notice of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered on the court's CM/ECF electronic filing system.

I further certify that I have served/mailed a copy of the foregoing document(s) to the following non-CM/ECF participants or required entities via U.S. Mail, First Class, postage prepaid:

Robert Taylor
8112 Concerto Way
Roseville, CA 95747

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 30, 2026

/s/ Nicole N. King
Nicole N. King

2

NOTICE OF APPEARANCE FOR NICOLE N. KING
AS COUNSEL OF RECORD FOR EXPERIAN
INFORMATION SOLUTIONS, INC.

Case No. 2:26-cv-00192-TLN-JDP