Gabriela Gutierrez-Bravo (SBN 366297)
VENABLE LLP
101 California Street
Suite 3800
San Francisco, CA 94111
(415) 653-3750 (Telephone)
(415) 653-3755 (Facsimile)
Email: GGutierrez-Bravo@Venable.com

*Attorney for Defendant Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　　Defendant. | Case No. 2:26-cv-00192-TLN-JDP<br><br>Hon. Troy L. Nunley<br><br>**NOTICE OF APPEARANCE FOR GABRIELA GUTIERREZ-BRAVO AS COUNSEL OF RECORD FOR EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint Filed: January 22, 2026 |

NOTICE OF APPEARANCE FOR GABRIELA GUTIERREZ-BRAVO AS COUNSEL OF RECORD FOR EXPERIAN INFORMATION SOLUTIONS, INC.

Case No. 2:26-cv-00192-TLN-JDP

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Gabriela Gutierrez-Bravo of Venable LLP, who is permitted to practice in this District, hereby appears as counsel of record on behalf of defendant Experian Information Solutions, Inc.

Effective immediately, please add Gabriela Gutierrez-Bravo as an attorney to be noticed on all matters at the following address:

Gabriela Gutierrez-Bravo
Venable LLP
101 California Street
Suite 3800
San Francisco, CA 94111
(415) 653-3750 (Telephone)
(415) 653-3755 (Facsimile)
Email: GGutierrez-Bravo@Venable.com

Dated: June 4, 2026

VENABLE LLP

*/s/ Gabriela Gutierrez-Bravo*

By    Gabriela Gutierrez-Bravo

*Attorney    for    Defendant    Experian Information Solutions, Inc.*

1

NOTICE OF APPEARANCE FOR GABRIELA GUTIERREZ-BRAVO AS COUNSEL OF RECORD FOR EXPERIAN INFORMATION SOLUTIONS, INC.

Case No. 2:26-cv-00192-TLN-JDP

**CERTIFICATE OF SERVICE**

*Taylor v. Equifax Information Services LLC et al*
Eastern District Court Case No. 2:26-cv-00192-TLN-JDP

I hereby certify that on June 4, 2026, I electronically filed the foregoing document(s) described as: **Notice of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered on the court's CM/ECF electronic filing system.

I further certify that I have served/mailed a copy of the foregoing document(s) to the following non-CM/ECF participants or required entities via U.S. Mail, First Class, postage prepaid:

Robert Taylor
8112 Concerto Way
Roseville, CA 95747

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 4, 2026

/s/ Gabriela Gutierrez-Bravo
Gabriela Gutierrez-Bravo

2

NOTICE OF APPEARANCE FOR GABRIELA GUTIERREZ-BRAVO AS COUNSEL OF RECORD FOR EXPERIAN INFORMATION SOLUTIONS, INC.

Case No. 2:26-cv-00192-TLN-JDP