GABRIELA GUTIERREZ-BRAVO (SBN 366297)
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755
Email: GGutierrez-Bravo@Venable.com

*Attorneys for Defendant*
*Experian Information Solutions,*
*Inc.,*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR | Case No. 2:26-cv-00192-TLN-JDP |
| Plaintiff, | Hon. Troy L. Nunley |
| v. | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF JOINDER IN EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC'S REPLY TO RESPONSE TO MOTION TO DISMISS** |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, INNOVIS DATA SOLUTIONS, INC., and FACTORTRUST, INC., | |
| Defendants. | Date: June 11, 2026<br>Time: 10:00 a.m.<br>Location: Zoom<br>Action Filed:  January 26, 2026 |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, hereby gives Notice of its Joinder in Equifax Information Services LLC ("Equifax") and Trans Union's Joint Reply in Support of their Joint Motion to Dismiss ("Joint Motion") Plaintiff's First Amended Complaint ("the Reply"), filed on June 4, 2026 (ECF No. 22). Experian incorporates by reference the Reply and its accompanying Memorandum as fully set forth in the Reply.

Wherefore, for the foregoing reasons and those set forth in the Reply, Experian respectfully requests that the Court dismiss with prejudice Plaintiff's First Amended Complaint against Experian in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: June 5, 2026

Respectfully Submitted,

VENABLE LLP

By:/s/ Gabriela Gutierrez-Bravo
Gabriela Gutierrez-Bravo

*Attorney for Defendant*
Experian Information Solutions Inc.

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

-1-

**CERTIFICATE OF SERVICE**

*Taylor v. Equifax Information Services LLC et al*
Eastern District Court Case No. 2:26-cv-00192-TLN-JDP

I hereby certify that on June 5, 2026, I electronically filed the foregoing document(s) described as: **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF JOINDER IN EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC'S REPLY TO RESPONSE TO MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered on the court's CM/ECF electronic filing system.

I further certify that I have served/mailed a copy of the foregoing document(s) to the following non-CM/ECF participants or required entities via U.S. Mail, First Class, postage prepaid:

Robert Taylor
8112 Concerto Way
Roseville, CA 95747

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 5, 2026

*/s/ Gabriela-Gutierrez-Bravo*
Gabriela Gutierrez-Bravo