TROUTMAN PEPPER LOCKE LLP
Heather Smith (SBN 357018)
Heather.C.Smith@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:     415.477.5700
Facsimile:     415.477.5710

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR | Case No.  2:26-cv-00192-TLN-JDP |
| Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, INNOVIS DATA SOLUTIONS, INC., and FACTORTRUST, INC., | **HEATHER C. SMITH'S APPLICATION REGARDING WITHDRAWAL AS COUNSEL** |
| Defendants. | |

- 1 -

**HEATHER C. SMITH'S APPLICATION REGARDING WITHDRAWAL AS COUNSEL**

Pursuant to Local Civil Rule 182(d), the undersigned, Heather C. Smith, respectfully requests to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm Venable LLP for representation and service as lead counsel. Nicole Norma King filed his notice of appearance on May 30, 2026. Dkt. No. 20. Experian will be represented by Nicole Norma King of Venable LLP, who is admitted in this Court. The undersigned has advised Experian of her upcoming withdrawal in writing, and Experian consents.

The undersigned respectfully requests the Court grant her request to withdraw from this action.

Dated:  June 8, 2026                                    TROUTMAN PEPPER LOCKE LLP

                                                        By:  /s/ *Heather C. Smith*
                                                             Heather C. Smith

                                                             Attorney for Defendant
                                                             Experian Information Solutions, Inc.

- 2 -

**HEATHER C. SMITH'S APPLICATION REGARDING WITHDRAWAL AS COUNSEL**

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed in San Francisco County, California. My business address is Three Embarcadero Center Suite 800, San Francisco, CA 94111. On June 8, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**HEATHER C. SMITH'S APPLICATION REGARDING WITHDRAWAL AS COUNSEL**

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL:** Pursuant to the parties' agreement and/or the Court's order regarding electronic service, I electronically served the following persons at the electronic service addresses listed below. My electronic service address is Celeste.Ruan@troutman.com

| | |
|---|---|
| Robert Taylor<br>8112 Concerto Way<br>Roseville, CA 95747 | Telephone: (925) 597-7648<br>Email: Rtaylor@eliteprotection.biz<br><br>Pro Se Plaintiff |

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made. Executed on June 8, 2026, at San Francisco, California.

*/s/ Celeste Ruan*
Celeste Ruan

**HEATHER C. SMITH'S APPLICATION REGARDING WITHDRAWAL AS COUNSEL**